EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER    5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GERALD GUDENAU and<br>DANA GUDENAU,<br><br>         Petitioners,<br><br>    vs.<br><br>UNITED STATES OF AMERICA and<br>INTERNAL REVENUE SERVICE,<br><br>         Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 07-00104 DAE BMK<br><br>FINDINGS AND RECOMMENDATION TO<br>DENY PETITIONS TO QUASH<br>INTERNAL REVENUE SERVICE THIRD<br>PARTY SUMMONS |

FINDINGS AND RECOMMENDATION TO DENY
PETITIONS TO QUASH INTERNAL REVENUE
<u>SERVICE THIRD PARTY SUMMONS</u>

This matter came for hearing on Petitioners' Motion to Quash Summons on May 4, 2007.  Petitioners seek to quash a summons issued by the Internal Revenue Service (IRS) to a third party holding information about petitioners relevant to an IRS investigation of petitioners' tax liability.  Thomas A. Helper appeared for the respondents.  No one appeared for petitioners.

Having reviewed the Petition and the Memorandum in Opposition and related documents, for the following reasons, the Court hereby recommends DENIAL of the Petition to Quash.

First, petitioners have failed to prosecute this matter. As noted above, neither Petitioner appeared for the hearing, nor did they contact the court or Respondents' counsel to explain the failure to appear. Accordingly, the petition is denied for lack of prosecution.

Second, the arguments made by petitioners here were considered and rejected by this court in connection with two other cases filed by these same petitioners within the last few months. The first was <u>Gudenau v. United States</u>, Civ. No. 05-00733 SPK-LEK. Magistrate Kobayashi issued detailed Findings and Recommendation to Deny Petitions to Quash Internal Revenue Service Third Party Summons on August 22, 2006 (hereinafter "August 22, 2006 Order"). Judge King adopted the Findings and Recommendation in an order dated September 11, 2006. The second was <u>Gudenau v. United States</u>, Civ. No. 06-00625 KSC ACK. Magistrate Judge Chang recommended denial of the petition on February 22, 2007,[1] and Judge Kay adopted the recommendation on March 28, 2007. For the reasons stated in the August 22, 2006 Order, the court recommends denial of the instant Petition.

---

[1] As Judge Chang noted in his Recommendation, Petitioners failed to appear at the hearing on their motion before him.

Third, the court finds that respondents, through the Declaration of Internal Revenue Service Special Agent Dan Nikaido, have set forth a prima facie showing of good faith in the issuance of the summons in question.  See Lidas, Inc. v. United States, 238 F.3d 1076, 1081-82 (9th Cir. 2001)(citing United States v. Powell, 379 U.S. 48 (1964)).  Plaintiffs have failed to carry the "heavy burden" of presenting detailed evidence, not conclusory allegations, of why a summons is defective.  See Crystal v. United States, 172 F.3d 1141, 1144 (9th Cir. 1999).

For the foregoing reasons, the court recommends DENIAL of the Petition to Quash.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 10, 2007

GERALD GUDENAU, ET AL. V. UNITED STATES OF AMERICA, ET AL.; CV. NO. 07-00104 DAE-BMK; FINDINGS AND RECOMMENDATION TO DENY PETITIONS TO QUASH INTERNAL REVENUE SERVICE THIRD PARTY SUMMONS